# HOGUET NEWMAN REGAL & KENNEY, LLP

One Grand Central Place
60 East 42nd Street, 48th Floor
New York, New York 10165

Tel 212.689.8808
Fax 212.689.5101
www.hnrklaw.com

cshea@hnrklaw.com

October 1, 2025

**SO ORDERED**

**VIA ECF**

Hon. George B. Daniels
United States District Court,
Southern District of New York
500 Pearl St.
New York, NY 10007-1312

The conference scheduled for October 15, 2025 is adjourned to October 22, 2025 at 10:00 a.m.

OCT 0 1 2025

*George B Daniels*
HON. GEORGE B. DANIELS

Re:   *Guirguis v. New York City Transit Authority*, Case No. 1:25-cv-07312-GBD

Dear Judge Daniels:

We represent Defendant New York City Transit Authority in the above-captioned action. We write to respectfully request adjournment of the initial pretrial conference currently scheduled for October 15, 2025 at 9:45am (ECF No. 6). This is Defendant's first request for an adjournment of this conference.

Plaintiff's counsel consents to this request. The parties have conferred and determined mutual availability for a rescheduled initial conference on October 22, 2025, and October 23, 2025.

We thank the Court in advance for considering this request.

Respectfully submitted,

Connor G. Shea

cc:   Counsel of Record (via ECF)