# GISKAN SOLOTAROFF & ANDERSON LLP

Attorneys at Law

December 29, 2025

Via ECF
Hon. George B. Daniels
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007-1312

JAN 0 5 2025

*SO ORDERED*

*The conference scheduled for January 7, 2026 is adjourned to January 27, 2026 at 10:30 a.m.*

*Judge B. Daniels*

HON. GEORGE B. DANIELS

Re:     *Guirguis v. New York City Transit Authority,*
        Case No. 1:25-cv-07312-GBD

Dear Judge Daniels:

We represent the Plaintiff, Dimiana Guirguis, in the above-captioned action. We write to respectfully request adjournment of the status conference currently scheduled for January 7, 2026 at 10:00 am. This is Plaintiff's first request for an adjournment of this conference. Defendant's counsel consents to this request.

The parties have conferred and determined mutual availability for a rescheduled conference on January 22, 26, 27, 28, and 29, 2026. We thank the Court in advance for considering this request.

Very truly yours,

*/s/ Catherine E. Anderson*

Catherine E. Anderson

cc:  All counsel via ECF

1 Rockefeller Plaza, 8th Floor| New York, New York 10020