# HOGUET NEWMAN
# REGAL & KENNEY,LLP

One Grand Central Place
60 East 42nd Street, 48th Floor
New York, New York 10165

Tel 212.689.8808
Fax 212.689.5101
www.hnrklaw.com

cshea@hnrklaw.com

**VIA ECF**

April 13, 2026 **SO ORDERED:**

*[signature]*

George B. Daniels, **U.S.D.J.**

Dated: **APR 14 2026**

Hon. George B. Daniels
United States District Court,
Southern District of New York
500 Pearl St.
New York, NY 10007-1312

Re:   *Guirguis v. New York City Transit Authority*, Case No. 1:25-cv-07312-GBD

Dear Judge Daniels:

We represent Defendant New York City Transit Authority in the above-captioned action. We write to respectfully request that the status conference currently scheduled for May 6, 2026 be adjourned to July 8, 2026, or the soonest available date after. This is Defendant's first request for an adjournment of this conference.

Plaintiff's counsel consents to this request. The parties have conferred and determined mutual availability for a rescheduled conference on July 8, 2026, or the soonest available date after that. The parties will continue to confer and schedule depositions on mutually agreeable dates to ensure the completion of fact discovery prior to the rescheduled status conference.

We thank the Court in advance for considering this request.

Respectfully submitted,

*[signature]*

Connor G. Shea

cc:   Counsel of Record (via ECF)