# HOGUET NEWMAN REGAL & KENNEY,LLP

One Grand Central Place
60 East 42nd Street, 48th Floor
New York, New York 10165

Tel  212.689.8808
Fax  212.689.5101
www.hnrklaw.com

cshea@hnrklaw.com

June 22, 2026

**VIA ECF**

SO ORDERED

Hon. George B. Daniels
United States District Court,
Southern District of New York
500 Pearl St.
New York, NY 10007-1312

The conference scheduled for
July 8, 2026 is adjourned to
August 5, 2026 at 10:00 a.m.

*George B. Daniels*

JUN 2 4 2026

Re:    *Guirguis v. New York City Transit Authority*, Case No. 1:25-cv-07312-GBD

Dear Judge Daniels:

We represent Defendant New York City Transit Authority in the above-captioned action. We write to respectfully request that the close of fact discovery and the attendant status conference currently scheduled in this matter for July 8, 2026 be adjourned to August 5, 2026, or the soonest available date after. This is Defendant's second request for an adjournment of this conference. The parties have completed depositions of three noticed witnesses, and a fourth deposition is scheduled to take place this week. Defendant makes this adjournment request to allow for the completion of two additional noticed depositions, neither of which can be completed prior to the current close of fact discovery due to scheduling conflicts.

Plaintiff's counsel consents to this request. The parties have conferred and determined mutual availability for a rescheduled conference on August 5, 2026, or the soonest available date after that. The parties will continue to confer and schedule the remaining depositions of noticed witnesses on mutually agreeable dates to ensure the completion of fact discovery prior to the rescheduled status conference.

We thank the Court in advance for considering this request.

Respectfully submitted,

Connor G. Shea

cc:    Counsel of Record (via ECF)