UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
DIMIANA GUIRGUIS,

Plaintiff,

-against-

NEW YORK CITY TRANSIT AUTHORITY,

Defendant.
-----------------------------------------------------------------X

25-CV-7312 (GBD) (VF)

**ORDER SCHEDULING PRE-SETTLEMENT CONFERENCE**

**VALERIE FIGUEREDO, United States Magistrate Judge:**

A pre-settlement conference call in this matter is hereby scheduled for **Tuesday, September 15, 2026, at 12 p.m.** Counsel for the parties are directed to call Judge Figueredo's Microsoft Teams conference line at the scheduled time. **Please dial (646) 453-4442; access code [286 787 543#].**

**SO ORDERED.**

DATED: New York, New York
August 10, 2026

VALERIE FIGUEREDO
United States Magistrate Judge