GISKAN SOLOTAROFF & ANDERSON LLP
Attorneys at Law

SO ORDERED

September 22, 2026

**VIA ECF**
The Honorable George B. Daniels
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007-

The conference scheduled for September 30, 2026 is adjourned to December 10, 2026 at 10:00 a.m.

SEP 2 3 2026

George B. Daniels
HON. GEORGE B. DANIELS

Re: Guirguis v. New York City Transit Authority, 1:25-cv-07312 (GBD)

Dear Judge Daniels:

I represent the Plaintiff, Dimiana Guirguis, in the above-captioned matter. With the consent of counsel for Defendant New York City Transit Authority, I write to request that the court conference scheduled for September 30, 2026, be adjourned until after the settlement conference scheduled before Magistrate Judge Figueredo on November 19, 2026. The parties will contact Your Honor within five days of the settlement conference to advise of the case status.

Respectfully submitted,

Catherine E. Anderson

Catherine E. Anderson, Esq.

cc: All counsel via ECF

1 Rockefeller Plaza, 8th Floor, New York, New York 10020
www.gslawny.com tel: 212.847.8315