**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------X

DIMANA GUIRGUIS,

Plaintiff,

-against-

NEW YORK CITY TRANSIT AUTHORITY,

Defendant.

------------------------------------------X

**25-CV-7312 (GBD) (VF)**

**ORDER RESCHEDULING SETTLEMENT CONFERENCE**

**VALERIE FIGUEREDO, United States Magistrate Judge:**

The settlement conference in this matter is hereby rescheduled to **Wednesday, December 2, 2026, at 10 a.m.** in Courtroom 17-A, United States Courthouse, 500 Pearl Street, New York, New York. Corporate parties must send the person with decision-making authority to settle the matter to the conference. The parties are instructed to prepare pre-conference submissions in accordance with Judge Figueredo's Standing Order Applicable to Settlement Conferences (located at https://www.nysd.uscourts.gov/hon-valeriefigueredo).

Pre-conference submissions must be submitted by e-mail to the Court no later than **November 25, 2026**.

**SO ORDERED.**

DATED: New York, New York
November 5, 2026

VALERIE FIGUEREDO
United States Magistrate Judge